IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

DONNA MOALES,                         *
                                      *
    Plaintiff,                        *
                                      *
        v.                            *        CV 120-174
                                      *
UNIVERSITY HEALTH SERVICES,           *
INC., d/b/a University                *
Hospital,                             *
                                      *
    Defendant.                        *

_____

O R D E R

_____

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 15.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that this matter is DISMISSED WITH PREJUDICE. The Clerk is directed to TERMINATE all motions and deadlines and CLOSE this case. Each party shall bear its own costs and fees except as otherwise agreed by the Parties.

ORDER ENTERED at Augusta, Georgia, this 29th day of June, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA